## W. P. ROSE et al. v. KITCHEN LUMBER COMPANY.

(Filed 23 December, 1931.)

Appeal by plaintiffs from *Harwood, Special Judge,* at June Term, 1931, of Graham.

Civil action for trespass.

From an adverse verdict and judgment thereon, the plaintiffs appeal.

*T. M. Jenkins for plaintiffs.*
*Moody & Moody for defendant.*

Per Curiam. The record contains no exceptive assignment of error which can be sustained. The verdict and judgment, therefore, will be upheld.

No error.

---

## STATE v. VAN SHOEMAKER, BEN BREWER and WILL McLAIN.

(Filed 23 December, 1931.)

Appeal by defendants from *Moore, J.,* at May Term, 1931, of Iredell. No error.

Defendants were tried on an indictment for violations of the prohibition law of this State. N. C. Code of 1931, sec. 3411. There was a verdict of guilty as to each of the defendants.

From judgment on the verdict, the defendants appealed to the Supreme Court.

*Attorney-General Brummitt and Assistant Attorney-General Seawell for the State.*
*P. P. Dulin and Lewis & Lewis for defendants.*

Per Curiam. Defendants' assignments of error on this appeal cannot be sustained. There was evidence tending to show that defendants are guilty as the State contended, at the trial. This evidence was submitted to the jury under a charge which is free from error. The judgment is affirmed.

No error.